FILED
September 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
**Appellant**

v.

**THE STATE OF TEXAS**
**Appellee**

**APPELLANT'S MOTION SUPPLEMENT THE RECORD**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, makes this Motion to Supplement the Record in Support of Appellant's Brief, pursuant to Rule 10.1 and 10.2, Tex.R.App.Proc., and as grounds therefore would show the Court:

I.

This cause was heard in the Travis County Court at Law No. 6 in August 11, 2014 under trial court Cause No. C-1-CR-13-220, styled *The State of Texas v. Crae Robert Pease.*

II.

While researching jurisprudence in preparing his appeal, Appellant found that when a special judge is appointed to hear the case, as Judge Bob Perkins was, the clerk must notice in her minutes, the procedure wherein Judge Perkins was appointed.

III.

RECEIVED
SEP 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

In sending the record to the 3rd Court of Appeals, the clerk did not include the clerk's minutes, and Appellant asserts they are germane to his appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court will grant this Motion and supplement the record with the Clerk's minutes, in their entirety, from the trial.

Respectfully submitted,

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745

## CERTIFICATE OF CONFERENCE

On September 8, 2015, an attempt was made to confer with William Swaim, attorney for Appellee, in order to confer as to the extension but was unable to reach Mr. Swaim.

Crae Robert Pease

## CERTIFICATE OF SERVICE

On September 8, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

William Swaim
Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767